# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION INC., on behalf of themselves and all others similarly situated<br><br>  Plaintiffs,<br><br>  v.<br><br>BIOVAIL CORPORATION, BIOVAIL LABORATORIES. INC., BIOVAIL LABORATORIES INTERNATIONAL SRL, and<br>SMITHKLINE BEECHAM CORP. and GLAXOSMITHKLINE, PLC,<br><br>  Defendants. | C.A. No. 08-cv-2431 |
| ROCHESTER DRUG COOPERATIVE, INC., on behalf of themselves and all others similarly situated<br><br>  Plaintiffs,<br><br>  v.<br><br>BIOVAIL CORPORATION, BIOVAIL LABORATORIES, INC., BIOVAIL LABORATORIES INTERNATIONAL SRL, SMITHKLINE BEECHAM CORP. and GLAXOSMITHKLINE PLC,<br><br>  Defendants. | C.A. No.08-cv-2462 |

| | |
|---|---|
| AMERICAN SALES COMPANY, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BIOVAIL CORPORATION, BIOVAIL LABORATORIES, INC., BIOVAIL LABORATORIES INTERNATIONAL SRL, and SMITHKLINE BEECHAM, D/B/A GLAXOSMITHKLINE, PLC,<br><br>　　　　　Defendants. | C.A. No. 08-cv-2464 |

## DIRECT PURCHASER PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF CASE MANAGEMENT ORDER NO. 1

Pursuant to Fed. R. Civ. P. 23(g)(3), plaintiffs in the above-captioned direct purchaser antitrust actions Meijer, Inc. and Meijer Distribution, Inc., Rochester Drug Cooperative, Inc., and American Sales Company, Inc. hereby move for entry of Case Management Order No. 1 appointing Interim Class Counsel for a proposed class of direct purchasers and directing such counsel to consult with all other counsel about consolidation and coordination of other direct and indirect purchaser cases. Such an order will promote judicial economy and avoid duplication, and aid in the fair administration of justice.

The defendants in these actions have reviewed this submission and the proposed order and do not object to its entry.

A proposed order is annexed hereto as Exhibit A. Resumes of the firms seeking the appointment requested herein are annexed hereto as Exhibits B - E.

2

WHEREFORE, for the foregoing reasons, plaintiffs respectfully request that this motion be granted.

Dated: August 13, 2008

/s/ Dianne M. Nast
Dianne M. Nast
Erin C. Burns
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
Telephone: (717) 892-3000
Fax: (717) 892-1200
*Counsel for Meijer, Inc and Meijer Distribution, Inc.*

Linda P. Nussbaum
John D. Radice
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Fax: (212) 687-7714
*Attorneys for Meijer, Inc. and Meijer Distribution, Inc.*

Daniel Berger
David F. Sorensen
Eric L. Cramer
Peter Kohn
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Fax: (215) 875-4604
*Attorneys for Rochester Drug Co-operative, Inc.*

Thomas M. Sobol
David S. Nalven
Kimberly A. Dougherty
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Fax: (617) 482-3700
*Attorneys for American Sales Company, Inc.*

Jeffrey Kodroff
John Macoretta
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Fax: (215) 496-6611
*Attorneys for American Sales Company, Inc.*

| | |
|---|---|
| Joseph M. Vanek<br>David P. Germaine<br>VANEK, VICKERS & MASINI, P.C.<br>111 South Wacker Drive, Suite 4050<br>Chicago, IL 60606<br>Telephone: (312) 224-1500<br>Fax: (312) 224-1510<br>*Counsel for Meijer, Inc. and Meijer Distribution, Inc.* | Paul E. Slater<br>SPERLING & SLATER<br>55 West Monroe Street, Suite 3200<br>Chicago, Illinois 60603<br>Telephone: (312) 641-3200<br>Fax: (312) 641-6492<br>*Counsel for Meijer, Inc. and Meijer Distribution, Inc.* |

## **CERTIFICATE OF SERVICE**

I, Dianne M. Nast, hereby certify that I am one of plaintiff's attorneys and that, on August 13, 2008, I caused copies of the papers annexed hereto to be served on all counsel of record in this proceeding via CM/ECF filing and email.

/s/Dianne M. Nast