UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED

| | |
|---|---|
| In re: WELLBUTRIN XL ANTITRUST LITIGATION | |
| THIS DOCUMENT RELATES TO: | Case No. 08-cv-2431 (direct) |
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., | STIPULATION AND [PROPOSED] ORDER REGARDING INITIAL CASE SCHEDULING AND CONSOLIDATION OF CLASS ACTION COMPLAINTS AS TO DEFENDANT GLAXOSMITHKLINE PLC |
| Plaintiffs, | |
| v. | |
| BIOVAIL CORPORATION, BIOVAIL LABORATORIES, INC., BIOVAIL LABORATORIES INTERNATIONAL SRL, SMITHKLINE BEECHAM, CORP. and GLAXOSMITHKLINE PLC, | Hon. Mary A. McLaughlin |
| Defendants. | |

This Stipulation is entered into by and between Plaintiffs Meijer, Inc. and Meijer Distribution, Inc. ("Plaintiffs") and Defendant GlaxoSmithKline plc ("Defendant") (together, "the parties"). The parties, through the undersigned counsel, hereby agree and request that the Court enter the accompanying proposed Order, providing:

1. On June 20, 2008, Meijer, Inc. and Meijer Distribution Inc., along with plaintiffs in separate, related actions, and SmithKline Beecham Corporation ("SmithKline Beecham"), along with co-defendants Biovail Corporation, Biovail Laboratories, Inc., and Biovail Laboratories International SRL (the "Biovail defendants"), filed a Stipulation and

DMEAST #10104384 v1

[Proposed] Order Regarding Initial Case Scheduling and Consolidation of Class Action Complaints.

2.  The stipulation provided, among other things, that (i) Plaintiffs, along with the plaintiffs in the other related actions, would prepare and file two consolidated complaints, one consolidating all "direct purchaser" claims and the other consolidating all "indirect purchaser" claims; (ii) the Biovail defendants and SmithKline Beecham will have until September 10, 2008, to answer or otherwise respond to the complaints; and (iii) the Biovail defendants and SmithKline Beecham are not required to answer or otherwise respond to any other complaints previously filed by any of the plaintiffs.

3.  The stipulation was entered as an Order by Judge Kauffman on June 26, 2008.

4.  At the time, Plaintiffs had not served GlaxoSmithKline plc and GlaxoSmithKline plc was not a party to the stipulation.

5.  Plaintiffs' counsel has represented to counsel for GlaxoSmithKline plc that, on August 6, 2008, GlaxoSmithKline plc was served with a copy of the original complaint filed by Plaintiffs.

6.  The parties, through their undersigned counsel, hereby stipulate that the initial case scheduling order, entered by Judge Kauffman on June 26, 2008, and all subsequent

orders shall apply to Defendant GlaxoSmithKline plc for Case No. 08-cv-2431.

Dated: August 28, 2008

/s/ Erin C. Burns
Dianne M. Nast, Esq.
dnast@rodanast.com
Erin C. Burns, Esq.
eburns@rodanast.com
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
Tel: (717) 892-3000
Fax: (717) 892-1200

*Of counsel:*

Linda P. Nussbaum
lnussbaum@kaplanfox.com
John D. Radice
jradice@kaplanfox.com
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
14th Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

*Counsel for Meijer, Inc., and Meijer Distribution, Inc.*

/s/ Stephen J. Kastenberg
Arthur Makadon
makadon@ballardspahr.com
Stephen J. Kastenberg
kastenberg@ballardspahr.com
Jason A. Leckerman
leckermanj@ballardspahr.com
BALLARD SPAHR ANDREWS
& INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel: (215) 665-8500
Fax: (215) 864-8999

*Counsel for Defendants SmithKline Beecham Corporation and GlaxoSmithKline plc*

So Ordered:

_____
McLaughlin, J.

9-1-08