# D&B Business Information Report

Copyright 2010 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 061019027L

ATTN: **40609-0015**                                              Report Printed: MAY 24 2010
**In Date**

BUSINESS SUMMARY

**PROFESSIONAL DRUG CO., INC.**
**186 Bohn St**
**Biloxi, MS 39530**

| | | | |
|---|---|---|---|
| This is a **single** location. | | **D-U-N-S Number:** | 03-325-0622 |
| **Mailing address:** | PO Box 641<br>Biloxi, MS 39533 | **D&B Rating:**<br>**Number of employees:** | **2R2**<br>2R is **1 to 9** employees. |
| **Telephone:** | 228 432-0354 | **Composite credit appraisal:** | 2 is **good**. |
| **Fax:** | 228 432-0357 | **D&B PAYDEX®:** | |
| **Chief executive:** | GEORGE PITALO, PRES | **D&B PAYDEX: 72** | |
| **Year started:** | 1958 | When weighted by dollar amount, payments to suppliers average 12 days beyond terms. | |
| **Employs:** | 6 | | |
| **History:** | CLEAR | Based on up to 24 months of trade. | |
| **SIC:** | 5122 | | |
| **Line of business:** | Whol drugs/sundries | | |

SPECIAL EVENTS

10/27/2008
**2008 HURRICANE GUSTAV:** This business is located in a FEMA Individual Assistance designated disaster area and may have been impacted by the effects of this hurricane.

SUMMARY ANALYSIS

**D&B Rating:**            **2R2**
  **Number of employees:**    2R indicates **1 to 9** employees.
  **Composite credit appraisal:** 2 is **good**.

The 1R and 2R ratings categories reflect company size based on the total number of employees for the business. They are assigned to business files that do not contain a current financial statement. In 1R and 2R Ratings, the 2, 3, or 4 creditworthiness indicator is based on analysis by D&B of public filings, trade payments, business age and other important factors. 2 is the highest Composite Credit Appraisal a company not supplying D&B with current financial information can receive. For more information, see the D&B Rating Key.

Below is an overview of the company's rating history since 01/01/91:

| D&B Rating | Date Applied |
|---|---|
| 2R2 | 07/15/04 |
| 3A1 | 02/13/96 |
| 2A1 | 01/01/91 |

The Summary Analysis section reflects information in D&B's file as of May 24, 2010.

CUSTOMER SERVICE

If you have questions about this report, please call our Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. If you are outside the U.S. contact your local D&B office.

*** Additional Decision Support Available ***

Additional D&B products, monitoring services and specialized investigations are available to help you evaluate this company or its industry. Call Dun & Bradstreet's Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. or visit our website at www.dnb.com.

HISTORY

The following information was reported **10/27/2008**:

**Officer(s):** GEORGE PITALO, PRES
ROBERT TUCEI, V PRES
MARION PITALO, SEC

**DIRECTOR(S):** THE OFFICER(S)

The Mississippi Secretary of State's business registrations file showed that Professional Drug Co., Inc. was registered as a Corporation on October 2, 1958.

Business started 1958 by the officers. 87% of capital stock is owned by stockholders. 13% of capital stock is owned by Officers.

None of the stockholder holds more than 10% stock.

GEORGE PITALO born 1926, not active here. 1952-present Active With Medical Art Pharmacy, Inc, Biloxi, Ms. 1942-1946 Served In United States Army.

ROBERT TUCEI born 1950. 1986-present active here.

MARION PITALO born 1933. 1958-present active here.

**RELATED INTERESTS:**

MEDICAL ART PHARMACY, INC, Biloxi, MS. Started 1953. Retail drug store.

Intercompany relations consist of similar principals and merchandise transactions on regular terms. No loans, guarantees or endorsements were reported.

**BUSINESS REGISTRATION**

CORPORATE AND BUSINESS REGISTRATIONS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE AS OF MAY 14 2010:

**Registered Name:** PROFESSIONAL DRUG CO., INC.

| | | | |
|---|---|---|---|
| **Business type:** | CORPORATION | **Common stock** | |
| **Corporation type:** | NOT AVAILABLE | Authorized shares: | 41,016 |
| **Date incorporated:** | OCT 02 1958 | Authorized shares: | 57,616 |
| **State of incorporation:** | MISSISSIPPI | Par value: | |
| **Filing date:** | OCT 02 1958 | | |
| **Registration ID:** | 110975 | | |
| **Duration:** | PERPETUAL | | |

| | |
|---|---|
| **Status:** | GOOD STANDING |
| **Where filed:** | SECRETARY OF STATE/CORPORATIONS DIVISION, JACKSON, MS |
| **Registered agent:** | GEORGE PITALO, 186 BOHN ST, PO BOX 641, BILOXI, MS, 395330000 |
| **Principals:** | F Walker Tucei, DIRECTOR<br>George Pitalo, DIRECTOR<br>George Pitalo, PRESIDENT<br>George Pitalo, VICE PRESIDENT<br>Robert Tucei, DIRECTOR<br>Robert Tucei, VICE PRESIDENT<br>Marko M Butrich, DIRECTOR<br>Gerald J Diaz, DIRECTOR<br>Marion D Pitalo, DIRECTOR<br>Marion D Pitalo, SECRETARY<br>Jerry Covich, DIRECTOR<br>Jerry Covich, TREASURER<br>F Walker Tucei, DIRECTOR<br>George Pitalo, Jr, TREASURER<br>Danial L. Pitalo, DIRECTOR<br>Danial L. Pitalo, TREASURER<br>Daniel Pitalo, TREASURER |

## OPERATIONS

10/27/2008

| | |
|---|---|
| **Description:** | Wholesales drugs, proprietaries or sundries, specializing in drugs or drug proprietaries and druggists' sundries (100%).<br><br>Has 300 account(s). Terms are Net 30 days. Sells to retailers, hospitals and doctors. Territory : Southern Mississippi.<br><br>Nonseasonal. |
| **Employees:** | 6 which includes officer(s). |
| **Facilities:** | Owns 11,000 sq. ft. in a one story concrete block building. |
| **Location:** | Suburban business section on side street. |

## SIC & NAICS

**SIC:**
Based on information in our file, D&B has assigned this company an extended 8-digit SIC. D&B's use of 8-digit SICs enables us to be more specific to a company's operations than if we use the standard 4-digit code.

The 4-digit SIC numbers link to the description on the Occupational Safety & Health Administration (OSHA) Web site. Links open in a new browser window.

| | |
|---|---|
| 51220300 | Drugs and drug proprietaries |
| 51229902 | Druggists' sundries, nec |

**NAICS:**

| | |
|---|---|
| 424210 | Drugs and Druggists' Sundries Merchant Wholesalers |
| 424210 | Drugs and Druggists' Sundries Merchant Wholesalers |

## D&B PAYDEX

The D&B PAYDEX is a unique, dollar weighted indicator of payment performance based on up to 26 payment experiences as reported to D&B by trade references.

**3-Month D&B PAYDEX: 80**
When weighted by dollar amount, payments to suppliers average within terms.

Based on trade collected over last 3 months.

**D&B PAYDEX: 72**
When weighted by dollar amount, payments to suppliers average 12 days beyond terms.

Based on up to 24 months of trade.

When dollar amounts are not considered, then approximately 75% of the company's payments are within terms.

## PAYMENT SUMMARY

The Payment Summary section reflects payment information in D&B's file as of the date of this report.

Below is an overview of the company's dollar-weighted payments, segmented by its suppliers' primary industries:

| | Total Rcv'd (#) | Total Dollar Amts ($) | Largest High Credit ($) | Within Terms (%) | Days Slow <31 31-60 61-90 90> (%) |
|---|---|---|---|---|---|
| | | | | | |

The highest **Now Owes** on file is $40,000

The highest **Past Due** on file is $2,500

D&B receives over 600 million payment experiences each year. We enter these new and updated experiences into D&B Reports as this information is received.

## PAYMENT DETAILS

**Detailed Payment History**

| Date Reported (mm/yy) | Paying Record | High Credit ($) | Now Owes ($) | Past Due ($) | Selling Terms | Last Sale Within (months) |
|---|---|---|---|---|---|---|
| | | | | | | |

**Payments Detail Key:**  red = 30 or more days beyond terms
Payment experiences reflect how bills are met in relation to the terms granted. In some instances payment beyond terms can be the result of disputes over merchandise, skipped invoices etc.

Each experience shown is from a separate supplier. Updated trade experiences replace those previously reported.

## FINANCE

**05/08/2010**

On October 16, 2008, attempts to contact the management of this business have been unsuccessful. Outside sources confirmed operation and location.

As of October 16 2008 a search of Dun & Bradstreets Public Record database found no open suits, liens, judgements or UCCs to which Professional Drug Co., Inc. at 186 Bohn St, Biloxi MS was named defendant or debtor. Public records received hereafter will be entered into the database and will be included in reports which contain a Public Filings section.

## BANKING

Peoples Bank, Howard & Lameuse

**PUBLIC FILINGS**

A check of D&B's public records database indicates that no filings were found for PROFESSIONAL DRUG CO., INC. at 186 Bohn St, Biloxi MS.

D&B's extensive database of public record information is updated daily to ensure timely reporting of changes and additions. It includes business-related suits, liens, judgments, bankruptcies, UCC financing statements and business registrations from every state and the District of Columbia, as well as select filing types from Puerto Rico and the U.S. Virgin Islands.

D&B collects public records through a combination of court reporters, third parties and direct electronic links with federal and local authorities. Its database of U.S. business-related filings is now the largest of its kind.

**GOVERNMENT ACTIVITY**

**Activity summary**
| | |
|---|---|
| Borrower (Dir/Guar): | NO |
| Administrative debt: | NO |
| Contractor: | NO |
| Grantee: | NO |
| Party excluded from federal program(s): | NO |

**Possible candidate for socio-economic program consideration**
| | |
|---|---|
| Labor surplus area: | YES (2010) |
| Small Business: | YES (2010) |
| 8(A) firm: | N/A |

The details provided in the Government Activity section are as reported to Dun & Bradstreet by the federal government and other sources.

---

Copyright 2010 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 061019027L