# Exhibit B

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE OSB ANTITRUST LITIGATION | Master File No. 06-CV-00826 (PSD) |
| THIS DOCUMENT RELATES TO:<br>All Indirect Purchaser Actions. | Honorable Paul S. Diamond |

**NOTICE OF DESIGNATION OF SUBSTITUTE CLASS REPRESENTATIVES
PURSUANT TO THE COURT'S AUGUST 3, 2007 ORDER ON
INDIRECT PURCHASER PLAINTIFFS' MOTION TO CERTIFY CLASS**

Pursuant to Paragraph 9 of this Court's August 3, 2007 Order on Plaintiffs' Motion to Certify Class ("Class Order"), Plaintiffs hereby designate the following substitute class representatives for the following states:

1. Dwight Finch, Lawrence Lang[1] and Michael Schutz: California;

2. Tom Koller and Juan Emilio Estrada: Florida;

3. Donald Reynolds: Massachusetts;

4. Eric Price: Minnesota;

5. Stacey Henry, Gary Cardona, and Jesus Pitones: Nevada;

6. John Moscati: New York;

7. Claudine Williams and Michael Lancaster: Vermont;

8. David Colvin: West Virginia; and

9. Ray Forgue[2]: Wisconsin.

Each of the designated individuals, during the class period defined by the Court, indirectly purchased OSB from one or more of the Defendants, their subsidiaries,

---

[1] Lawrence Lang is the original class representative for California. He was never deposed due to cancer treatments but is now able to fully participate in this litigation.
[2] Ray Forgue was named as the class representative for Wisconsin in the Second Consolidated Amended Complaint filed January 5, 2007.

1

divisions, units or affiliates. As a result, each of the above-named individuals paid supra-competitive and artificially inflated prices for OSB and has been injured by reason of the conduct alleged in the Second Consolidated Amended Class Action Complaint.[3]

Additional class representatives are completing their due diligence. For this reason, Plaintiffs respectfully request an additional fourteen days (until September 7, 2007) to designate substitute representative(s) from the District of Columbia.

Date:  August 24, 2007

By: s/ David Pastor
Kenneth G. Gilman, Esq.
David Pastor, Esq.
Daniel D'Angelo, Esq.
**GILMAN AND PASTOR, LLP**
225 Franklin Street, 16th Floor
Boston, MA  02110
Tel:  (617) 742-9700
Fax:  (617) 742-9701

*Lead Counsel for Indirect Purchaser Plaintiffs*

Timothy D. Battin
Mark J. Schirmer
**STRAUS & BOIES, LLP**
4041 University Avenue
Fairfax, VA 22030
Tel: 703-764-8700
Fax: 703-764-8704

Robert C. Schubert
Willem F. Jonckheer
**SCHUBERT & REED LLP**
Three Embarcadero Center
Suite 1650
San Francisco, CA 94111
Tel: 415-788-4220
Fax: 415-788-0161

---

[3] Plaintiffs will seek leave to amend their Complaint in the event the Court deems it necessary or appropriate.

2

Mario N. Alioto
Lauren C. Russell
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA 94123
Tel: 415-563-7200
Fax: 415-346-0679

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I, David Pastor, certify that a true and correct copy of the foregoing document was electronically served on all parties via ECF, and is available for viewing and downloading from the ECF system.

Dated: August 24, 2007                                   s/ David Pastor
                                                        David Pastor