UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WELLBUTRIN XL ANTITRUST LITIGATION | ) ) Case No. 2:08-cv-2431-MAM (direct) ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) **DIRECT PURCHASER** ) **PLAINTIFFS' WITHDRAWAL OF** ) **MOTION FOR LEAVE TO** ) **ENLARGE NUMBER OF** ) **DEPOSITIONS TO BE TAKEN** ) ) **Hon. Mary A. McLaughlin** ) ) |

    Direct Purchaser Plaintiffs hereby withdraw their Motion for Leave to Enlarge the Number of Depositions to be Taken. Following the filing of plaintiffs' motion, the parties negotiated and entered into a stipulation allowing plaintiffs to take 45 depositions and defendants to take 25 depositions, with additional depositions available upon Court Order for good cause shown. The parties' stipulation dated today is annexed hereto.

    WHEREFORE, for the foregoing reasons, plaintiffs respectfully submit that their motion is withdrawn.

                                                   Respectfully submitted,

                                                   **/s/ David S. Nalven**

| | |
|---|---|
| Joseph F. Roda | Thomas M. Sobol |
| Dianne M. Nast | David S. Nalven |
| Jennifer S. Snyder | Robert M. McGill |
| RODANAST, P.C. | HAGENS BERMAN SOBOL |
| 801 Estelle Drive |    SHAPIRO LLP |
| Lancaster, PA 17601 | 55 Cambridge Parkway, Suite 301 |
| Telephone: (717) 892-3000 | Cambridge, MA  02142 |
| Fax: (717) 892-1200 | Telephone: (617) 482-3700 |
| | Fax: (617) 482-3003 |

| | |
|---|---|
| David F. Sorensen<br>Eric L. Cramer<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Fax: (215) 875-4604 | Peter Kohn<br>FARUQI & FARUQI, LLP<br>101 Greenwood Avenue, Suite 600<br>Jenkintown, PA 19046<br>Telephone: (215) 277-5770<br>Fax: (215) 277-5771 |
| Don Barrett<br>Brian Herrington<br>DON BARRETT, P.A.<br>P.O. Box 987<br>Lexington, MS 39095<br>Telephone: (662) 834-9168<br>Fax: (662) 834-2628 | Barry Taus<br>Archana Tamoshounas<br>TAUS, CEBULASH & LANDAU, LLP<br>80 Maiden Lane, Suite 1204<br>New York, NY 10038<br>Telephone: (646) 873-7652 |

Dated: February 28, 2011

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed and served through the Court's ECF system a true and correct copy of the foregoing.

/s/ <b>David S. Nalven</b>

Dated: February 28, 2011