UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  WELLBUTRIN XL ANTITRUST LITIGATION | Case No. 2:08-cv-2431 (direct) <br> Case No. 2:08-cv-2433 (indirect) |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | STIPULATION CONCERNING DEPOSITIONS |

**STIPULATION CONCERNING DEPOSITIONS**

Aetna Health of California, Inc., Plumbers and Pipefitters Local 572 Health and Welfare Fund, IBEW-NECA Local 505 Health and Welfare Plan, and Painters District Council No. 30 Health and Welfare Fund (collectively "Indirect Purchaser Plaintiffs") and Professional Drug Co., Inc. ("Direct Purchaser Plaintiff"), SmithKline Beecham Corporation and GlaxoSmithKline plc (collectively "GSK"), and Biovail Corporation, Biovail Laboratories, Inc., and Biovail Laboratories International SRL (collectively "Biovail," collectively with GSK "defendants") hereby agree as follows:

1. The Direct Purchaser Plaintiff and Indirect Purchaser Plaintiffs will collectively be allowed to take forty-five (45) depositions without seeking leave of court. Additional depositions will be available upon Court Order for good cause shown.  Of the 45 depositions that plaintiffs are allowed to take without leave of court, no more than 20 may be current or former GSK employees and no more than 22 may be current or former Biovail employees.

2. GSK and Biovail will collectively be allowed to take twenty-five (25) depositions without seeking leave of court.  Additional depositions will be available upon

Court order for good cause shown. Of the twenty-five depositions that defendants are allowed to take without leave of court, no more than six may be current or former employees of the current Direct Purchaser Plaintiff, no more than five may be current or former employees of Aetna Health of California, Inc., no more than two may be current or former employees of Plumbers and Pipefitters Local 572 Health and Welfare Fund, no more than two may be current or former employees of IBEW-NECA Local 505 Health and Welfare Plan, and no more than two may be current or former employees of Painters District Council No. 30 Health and Welfare Fund.

3. The parties agree to work in good faith to ensure that attending attorneys from all parties have adequate time for cross-examination.

Dated: February 28, 2011

AGREED TO BY:

| AGREED TO BY: | AGREED TO BY: |
|---|---|
| /s/ **Kenneth A. Wexler on behalf of End-Payor Plaintiffs** | /s/ **David S. Nalven on behalf of Direct Purchaser Plaintiffs** |
| Kenneth A. Wexler<br>Amber M. Nesbitt<br>Wexler Wallace LLP<br>55 W. Monroe Street, Suite 3300<br>Chicago, IL 60603<br>Telephone: (312) 346-2222<br>Facsimile: (312) 346-0022 | Thomas M. Sobol<br>David S. Nalven<br>Robert M. McGill<br>HAGENS BERMAN SOBOL<br>   SHAPIRO LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Fax: (617) 482-3003 |

Richard W. Cohen
Peter D. St. Phillip, Jr.
Gerald Lawrence
Karen Iannace
Lowey Dannenberg Cohen & Hart, P. C.
One North Broadway
White Plains, NY 10601-174
Tel: (914) 997-0500
Fax: (914) 997-0035

James G. Stranch, III
R. Jan Jennings
J. Gerard Stranch, IV
Joe P. Leniski
Branstetter Stranch & Jennings PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
*End-Payor Plaintiffs' Interim Co-Lead Counsel*

*End-Payor Plaintiffs' Interim Co-Lead Counsel*

Joseph F. Roda
Dianne M. Nast
Jennifer S. Snyder
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
Telephone: (717) 892-3000
Fax: (717) 892-1200

David F. Sorensen
Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Fax: (215) 875-4604

Peter Kohn
FARUQI & FARUQI, LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Telephone:  (215) 277-5770
Fax:  (215) 277-5771

Barry Taus
Archana Tamoshounas
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: (646) 873-7652

Don Barrett
Brian Herrington
DON BARRETT, P.A.
P.O. Box 987
Lexington, MS 39095
Telephone: (662) 834-9168
Fax: (662) 834-2628

*Attorneys for Direct Purchaser Plaintiffs*

| | |
|---|---|
| AGREED TO BY: | AGREED TO BY: |
| **/s/ R. Corey Worcester on behalf of Biovail** | **/s/ Craig Primis on behalf of GSK** |

AGREED TO BY:

**/s/ R. Corey Worcester on behalf of Biovail**

Thomas E. Zemaitis
Daniel J. Boland
PEPPER HAMILTON, LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
Telephone:  (215) 981-4000
Facsimile:  (215) 981-4750

Jonathan W. Nields, Jr. (*pro hac vice*)
Andrew D. Lazerow (*pro hac vice*)
HOWREY LLP
1299 Pennsylvania Avenue NW
Washington D.C. 2004

R. Corey Worcester (*pro hac vice*)
HOWREY LLP
601 Lexington Avenue
New York, NY 10022

*Attorneys for Biovail Defendants*

AGREED TO BY:

**/s/ Craig Primis on behalf of GSK**

Craig Primis (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Arthur Makadon
Edward Rogers
Susanna Greenberg
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone:  (215) 665-8500
Facsimile:  (215) 864-8999

*Attorneys for Defendants SmithKline Beecham Corp. and GlaxoSmithKline plc*

4