UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: WELLBUTRIN XL ANTITRUST LITIGATION | ) ) ) Case No. 08-cv-2431 (direct) ) |
| THIS DOCUMENT RELATES TO: DIRECT PURCHASER ACTIONS **FILED MAR 0 4 2011 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk** | ) ) ) **ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' UNCONTESTED MOTION FOR EXTENSION OF TIME AND ENLARGEMENT OF PAGE LIMITS** ) ) **Hon. Mary A. McLaughlin** ) ) |

AND NOW, this 3rd day of March, 2011, upon consideration of the Direct Purchaser Plaintiffs' Uncontested Motion for Extension of Time and Enlargement of Page Limits, it is hereby ORDERED that the deadline for the submission of Direct Purchaser Plaintiffs' class certification reply brief shall be March 9, 2011.

It is further ORDERED that Direct Purchaser Plaintiffs are granted leave to submit a class certification reply brief not to exceed thirty (30) pages in length.

It is further ORDERED that backup material to any expert rebuttal report submitted by Plaintiffs be sent by Defendants by March 10, 2011.

BY THE COURT:

_/s/ Mary A. McLaughlin_
MARY A. McLAUGHLIN, J.