# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WELLBUTRIN XL ANTITRUST LITIGATION | Case No. 2:08-cv-2431-MAM (direct) |
| THIS DOCUMENT RELATES TO: DIRECT PURCHASER ACTION | **Hon. Mary A. McLaughlin** |

## DIRECT PURCHASER CLASS PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND PAYMENT OF INCENTIVE AWARD TO THE REPRESENTATIVE PLAINTIFF

Direct Purchaser Plaintiff Professional Drug Company, Inc. respectfully moves for an order

- awarding attorneys' fees to Class Counsel of one-third of the settlement fund of $37.5 million, plus accrued interest thereon;

- reimbursing Class Counsel for the costs and expenses of the litigation through July 31, 2012 in the amount of $3,387,198.72; and

- approving an incentive award to certified class representative Professional Drug Company, Inc. in the amount of $50,000.

In support of this motion, plaintiff submits herewith a memorandum of law, a declaration of co-lead counsel, and declarations of the additional Class Counsel, with exhibits.  A proposed order granting this motion will be incorporated into and submitted with plaintiff's motion for final approval of the settlement.

WHEREFORE, for the foregoing reasons, plaintiff respectfully requests that this motion be granted.

Dated: September 17, 2012

        Respectfully submitted,

        **/s/ Thomas M. Sobol**

| | |
|---|---|
| David F. Sorensen | Thomas M. Sobol |
| Eric L. Cramer | David S. Nalven |
| Andrew C. Curley | HAGENS BERMAN SOBOL |
| BERGER & MONTAGUE, P.C. | SHAPIRO LLP |
| 1622 Locust Street | 55 Cambridge Parkway, Suite 301 |
| Philadelphia, PA19103 | Cambridge, MA02142 |
| Telephone: (215) 875-3000 | Telephone: (617) 482-3700 |
| Fax: (215) 875-4604 | Fax: (617) 482-3003 |
| | |
| Joseph F. Roda | Peter Kohn |
| Dianne M. Nast | FARUQI & FARUQI, LLP |
| Jennifer S. Snyder | 101 Greenwood Avenue, Suite 600 |
| RODANAST, P.C. | Jenkintown, PA19046 |
| 801 Estelle Drive | Telephone:  (215) 277-5770 |
| Lancaster, PA17601 | Fax:  (215) 277-5771 |
| Telephone: (717) 892-3000 | |
| Fax: (717) 892-1200 | |
| | |
| Don Barrett | Barry Taus |
| Brian Herrington | Archana Tamoshounas |
| DON BARRETT, P.A. | TAUS, CEBULASH & LANDAU, LLP |
| P.O. Box 927 | 80 Maiden Lane, Suite 1204 |
| Lexington, MS 39095 | New York, NY10038 |
| Telephone: (662) 834-9168 | Telephone: (646) 873-7652 |
| Fax: (662) 834-2628 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed and served through the Court's ECF system a true and correct copy of the foregoing.

        **/s/ David S. Nalven**

Dated: September 17, 2012