```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: WELLBUTRIN XL            :    CIVIL ACTION
ANTITRUST LITIGATION            :
                                :
                                :
                                :    NO. 08-2431 (direct)
```

ORDER

AND NOW, this 18th day of September, 2012, IT IS HEREBY ORDERED that the schedule for final approval proceedings shall be adjusted such that all briefs and materials in support of the final approval of the settlement and the entry of the final judgment proposed by the parties to the settlement agreement shall be filed with the Court no later than October 24, 2012, and the fairness hearing on final approval, which was previously scheduled for November 29, 2012, shall be held before this Court on November 7, 2012, at 9:30 AM, in Courtroom 13A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. Plaintiff will notify each class member of the rescheduled dates by first class mail and by posting the Court's order on the Wellbutrin XL Settlement website.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.