UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WELLBUTRIN XL ANTITRUST LITIGATION | CASE NO. 2:08-CV-2431-MAM (Direct) <br> CASE NO. 2:08-CV-2433-MAM (Indirect) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Hon. Mary A. McLaughlin |

### STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' DEADLINE TO SERVE REBUTTAL EXPERT REPORTS ONE WEEK

This Stipulation is entered into by and between counsel for Plaintiffs in the above-referenced actions ("Direct Purchaser Plaintiffs" and "Indirect Purchaser Plaintiffs," collectively "Plaintiffs") and counsel for Defendants, SmithKline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline plc (together "GSK").

Plaintiffs and GSK hereby stipulate and agree that:

1. Plaintiffs shall have until February 16, 2015, to serve rebuttal expert reports; and

2. All other deadlines, including those set forth in the Court's August 11, 2014 Scheduling Order (Docket No. 555), remain in full force and effect.

STIPULATED AND AGREED TO:

/s/ David F. Sorensen
David F. Sorensen
Andrew C. Curley
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000

Peter R. Kohn
Sarah Westby
**FARUQI & FARUQI, LLP**
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Telephone: (215) 227-5770

Thomas M. Sobol
David S. Nalven
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 482-3700

Don Barrett
Brian Herrington
**DON BARRETT, P.A.**
P.O. Box 987
Lexington, MS 39095
Telephone: (662) 834-9168

Barry S. Taus
Archana Tamoshunas
**TAUS, CEBULASH & LANDAU LLP**
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: (212) 931-0704

Dianne M. Nast
Erin C. Burns
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300

*Counsel to Direct Purchaser Plaintiffs*

/s/ Kenneth A. Wexler
Kenneth A. Wexler
Justin N. Boley
**WEXLER WALLACE LLP**
55 West Monroe Street
Suite 3300
Chicago, IL 60603

James G. Stranch, III
R. Jan Jennings
J. Gerald Stranch, IV
Joe P. Leniski, Jr.
**BRANSTETTER STRANCH & JENNINGS PLLC**
227 Second Avenue North, 4th Floor
Nashville, TN 37201

Richard W. Cohen
Peter St. Phillip
Gerald Lawrence
Uriel Rabinovitz
**LOWERY DANNENBERG COHEN & HART, P.C.**
One North Broadway
White Plains, NY 10601

*Counsel to End-Payor Plaintiffs*

/s/ Edward C. Rogers
Leslie E. John
Edward D. Rogers
Stephen J. Kastenberg
Jason A. Leckerman
**BALLARD SPAHR LLP**
1735 Market Street, 51st floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Fax: (215) 864-8999
*Counsel to Smithkline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline plc*

IT IS SO ORDERED this 6 day of Feb., 2015.

The Honorable Mary A. McLaughlin
United States District Court Judge

2

FEB-06-2015  13:09                                    95%                    P.004