UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WELLBUTRIN XL ANTITRUST LITIGATION | CASE NO. 2:08-CV-2431-MAM (Direct) CASE NO. 2:08-CV-2433-MAM (Indirect) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Hon. Mary A. McLaughlin |

FILED MAY 28 2015 MICHAEL E. KUNZ, Clerk Dep. Clerk

**STIPULATION AND ORDER REGARDING
THE FILING OF PLAINTIFFS' OPPOSITIONS
TO DEFENDANTS' SUMMARY JUDGMENT AND *DAUBERT* MOTIONS**

This Stipulation is entered into by and between counsel for all Plaintiffs in the above-referenced actions ("Direct Purchaser Plaintiffs" and "Indirect Purchaser Plaintiffs," collectively "Plaintiffs") and counsel for Defendants, SmithKline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline plc (together "GSK").

WHEREAS, GSK filed two motions for summary judgment (ECF Nos. 573, 575) supported by statement of facts (ECF No. 574) and three *Daubert* motions (ECF Nos. 570-572);

WHEREAS, Plaintiffs' briefs in opposition to GSK's pending summary judgment and *Daubert* motions are due on May 29, 2015 (ECF No. 578);

WHEREAS, Plaintiffs' opposition briefs will be supported by, among other things, several binders of exhibits containing documents designated Confidential or Highly Confidential by parties and third-parties pursuant to the Protective Order in this case (ECF No. 130);

WHEREAS, such exhibit binders will not fit into the night delivery mail slot at the U.S. Courthouse at 601 Market Street in Philadelphia;

WHEREAS, the parties have met and conferred and agreed that in light of the volume of materials being submitted by Plaintiffs in opposition to GSK's summary judgment and *Daubert* motions and to ensure that all documents marked as Confidential and Highly Confidential under

the Protective Order are afforded adequate protection, an alternative filing arrangement is warranted;

NOW THEREFORE, Plaintiffs and GSK hereby stipulate and agree that:

1. By midnight on May 29, 2015, counsel for Plaintiffs will serve counsel for GSK by email and/or access to an FTP site with copies of all briefs opposing GSK's summary judgment and *Daubert* motions, Plaintiffs' response to GSK's statement of facts and all other supporting documents and exhibits;

2. By midnight on May 29, 2015, Plaintiffs will file by ECF a notice confirming such service;

3. On Monday, June 1, 2015, during normal business hours, Plaintiffs will deliver hard copies of all filings and supporting documents to the clerk for docketing while simultaneously delivering courtesy copies to the Court.

STIPULATED AND AGREED TO:

/s/ David F. Sorensen
David F. Sorensen
Andrew C. Curley
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000

Peter R. Kohn
**FARUQI & FARUQI, LLP**
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Telephone: (215) 227-5770

Barry S. Taus
Archana Tamoshunas
**TAUS, CEBULASH & LANDAU LLP**
80 Maiden Lane, Suite 1204
New York, NY 10038

Thomas M. Sobol
David S. Nalven
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 482-3700

Don Barrett
**DON BARRETT, P.A.**
P.O. Box 987
Lexington, MS 39095
Telephone: (662) 834-9168

Dianne M. Nast
Erin C. Burns
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19107

Telephone: (212) 931-0704                                Telephone: (215) 923-9300

*Counsel to Direct Purchaser Plaintiffs*

/s/ Kenneth A. Wexler
Kenneth A. Wexler
Justin N. Boley
WEXLER WALLACE LLP
55 West Monroe Street
Suite 3300
Chicago, IL 60603

James G. Stranch, III
R. Jan Jennings
J. Gerald Stranch, IV
Joe P. Leniski, Jr.
BRANSTETTER STRANCH & JENNINGS PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201

Richard W. Cohen
Peter St. Phillip
Gerald Lawrence
Uriel Rabinovitz
LOWERY DANNENBERG COHEN & HART, P.C.
One North Broadway
White Plains, NY 10601

*Counsel to End-Payor Plaintiffs*

/s/ Stephen J. Kastenberg
Leslie E. John
Edward D. Rogers
Stephen J. Kastenberg
Jason A. Leckerman
**BALLARD SPAHR LLP**
1735 Market Street, 51st floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Fax: (215) 864-8999
*Counsel to Smithkline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline plc*

IT IS SO ORDERED this ____ day of May, 2015.

_____
The Honorable Mary A. McLaughlin
United States District Court Judge

3