UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re WELLBUTRIN XL ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 2:08-cv-2431<br>Case No. 2:08-cv-2433<br><br><br><br>**Hon. Mary A. McLaughlin** |

**ORDER**

AND NOW, on this 13th day of July, 2015, upon consideration of the Motion of Defendants SmithKline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline plc (collectively, "GSK") for Extension of Page Limitations for GSK's Reply Memorandum of Law In Support of its Motion for Partial Summary Judgment Due to Lack of Causation, it is hereby ORDERED that the Motion is GRANTED. GSK's 18-page Memorandum of Law filed under seal with the clerk's office is hereby accepted for consideration by the Court.

BY THE COURT:

McLaughlin, J.

DMEAST #22211098 v1