UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| IN RE: WELLBUTRIN XL | : | CIVIL ACTION |
| ANTITRUST LITIGATION | : | NO. 08-2431 |
| _____ | : | |
| | : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | : | NO. 08-2433 |
| ALL ACTIONS | : | |
| | : | |

ORDER

AND NOW, this 23rd day of September, 2015, upon consideration of GSK's motions for summary judgment, and the oppositions and replies thereto; GSK's motions to exclude expert reports and testimony, and the oppositions and replies thereto; and the plaintiffs' motion to exclude an expert report and testimony, and the oppositions and replies thereto; and after oral argument held on July 29, 2015, IT IS HEREBY ORDERED, for the reasons set forth in the accompanying memorandum bearing today's date, that:

1.   GSK's Motion for Summary Judgment on All Claims (Docket No. 575) is GRANTED;

2.   GSK's Motion for Summary Judgment Due to Lack of Causation (Docket No. 573) is GRANTED IN PART;

3.   GSK's Motion to Exclude the Expert Reports and Testimony of Jeffrey Leitzinger (Docket No. 570) is GRANTED.

4.    GSK's Motions to Exclude the Expert Reports and Testimony of Cheryl Blume (Docket No. 572) and Meredith Rosenthal (Docket No. 571) are DENIED AS MOOT; and

5.    The plaintiffs Motion to Exclude the Expert Report and Testimony of Martin Adelman (Docket No. 569) is DENIED.

BY THE COURT:


/s/ Mary A. McLaughlin_
MARY A. McLAUGHLIN, J.