UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 15-2875/3559/3591/3681/3682
_____

IN RE: WELLBUTRIN XL ANTITRUST LITIGATION

Indirect Purchaser Class,
　　　　　　　　　　　*Appellants in 15-2875*

Aetna Health of California Inc.; IBEW-NECA Local 505 Health
and Welfare Plan; Bricklayers and Masons Union Local Union
No. 5 Ohio Health and Welfare Fund; Mechanical Contractors-United
Association Local 119 Health and Welfare Plan; Painters District
Council No. 30 Health and Welfare Fund; Plumbers and Pipefitters
Local 572 Health and Welfare Fund; Aetna, Inc.,
　　　　　　　　　　　*Appellants in 15-3559*

Professional Drug Company, Inc., individually and on behalf
of the Direct Purchaser Class,
　　　　　　　　　　　*Appellant in 15-3591*

SmithKline Beecham Corporation d/b/a GlaxoSmithKline
and GlaxoSmithKline plc,
　　　　　　　　　　　*Appellants in 15-3681/3682*
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Nos. 2-08-cv-2431 and 2-08-cv-2433)
District Judge: Hon. Mary A. McLaughlin
_____

Argued
September 7, 2016

Before: JORDAN, VANASKIE, and NYGAARD, *Circuit Judges*.

_____

JUDGMENT

---

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on September 7, 2016.

On consideration whereof, it is now ORDERED and ADJUDGED by this Court that the orders of the District Court dated May 11, 2012 and September 23, 2015 for summary judgment are hereby AFFIRMED, thereby rendering the balance of the matters on appeal moot. All of the above in accordance with the opinion of this Court. The parties are to bear their own costs.

                ATTESTED:

                s/ Marcia M. Waldron
                Clerk

Date: August 9, 2017

**Certified as a true copy and issued in lieu of a formal mandate on** August 31, 2017

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**